UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| MICHAEL FERGUSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:04-cv-115 |
| | ) | *Edgar* |
| DEPARTMENT OF CHILDREN'S | ) | |
| SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that this action is hereby **DISMISSED** *sua sponte* as frivolous and for failure to state a claim upon which relief can be granted. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

SO ORDERED.

ENTER this *12th day of September, 2005*.

                                                    */s/ R. Allan Edgar*
                                                    R. ALLAN EDGAR
                                     CHIEF UNITED STATES DISTRICT JUDGE